UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In Re: )
**David R. Dannemiller** )  Case No. _____
)
)  **ELECTRONIC FILING DECLARATION**
)  **(FOR INDIVIDUAL DEBTORS)**
Debtor(s). )

Check if Applicable

| | | |
|---|---|---|
| ☒ | Petition (Including Exhibit D if applicable) | Date Signed: 9/4/13 |
| ☐ | Chapter 7 Debtor's Statement of Intention | Date Signed: |
| ☒ | Declaration Concerning Debtor's Schedules | Date Signed: 9/4/13 |
| ☒ | Statement of Financial Affairs | Date Signed: 9/4/13 |
| ☒ | Statement of Monthly Income | Date Signed: 9/4/13 |
| ☒ | Other (specify): **Ch 13 Plan** | Date Signed: 9/4/13 |

## PART I – DECLARATION OF DEBTOR(S)

I/We, the undersigned debtor(s), hereby declare under penalty of perjury that I/we:

1. signed each above-referenced document and gave it to my (our) attorney, whose name appears below;

2. authorize and instruct my (our) lawyer to:
   a. electronically file the document(s), with "/s/" and my (our) typed name(s) in lieu of my (our) signature(s);
   b. electronically file a **scanned** copy of this completed and signed LBF #5005;
   c. scan and destroy the document(s), but not this LBF #5005; and
   d. retain a scanned electronic replica of the document(s), and the signed original of this form, for the period required by LBR 5005-4(e).

3. agree that the electronic copy of the document(s) my (our) lawyer retains may serve as the original for all purposes.

_/s/ [signature]_____  David R. Dannemiller           9/4/13
Signature of Debtor                    Printed Name of Debtor         Date

_____  _____  _____
Signature of Joint Debtor (if applicable)  Printed Name of Joint Debtor   Date

## PART II – DECLARATION OF ATTORNEY

I declare under penalty of perjury that, to the best of my knowledge after appropriate inquiry, the signature on this LBF #5005 purporting to be that of the debtor(s) is in fact that of the debtor(s).

_/s/ [signature]_____  Troy G. Sexton, Attorney for Debtor   9/4/13
Signature of Attorney                  Printed Name of Attorney              Date

5005 (12/17/12)