| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 04/08/2013** | | | | | | | | | |
| 2493.001 | 04/08/2013 | 12 | A | 1 | 225.00 | 0.80 | 180.00 | Meet with D. Dannimiller regarding foreclosure and bankruptcy options. Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 04/08/2013** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.80 | 180.00 | | |
| | | | | | Total | 0.80 | 180.00 | | |
| **Transaction Date 08/02/2013** | | | | | | | | | |
| 2493.001 | 08/02/2013 | 12 | A | 1 | 225.00 | 0.40 | 90.00 | Telephone conference with D. Dannimiller regarding bankruptcy consultation. Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 08/02/2013** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.40 | 90.00 | | |
| | | | | | Total | 0.40 | 90.00 | | |
| **Transaction Date 08/15/2013** | | | | | | | | | |
| 2493.001 | 08/15/2013 | 12 | A | 1 | 225.00 | 0.40 | 90.00 | Telephone conference with D. Dannemiller regarding bankruptcy filing. Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 08/15/2013** | | | | | Billable | 0.40 | 90.00 | | |
| **Transaction Date 08/16/2013** | | | | | | | | | |
| 2493.001 | 08/16/2013 | 12 | A | 1 | 225.00 | 2.80 | 630.00 | Client conference regarding packet information and filing(1.5); review client documents (.6) draft fee agreement and bankruptcy explanation letter (.7). Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 08/16/2013** | | | | | Billable | 2.80 | 630.00 | | |
| **Transaction Date 08/19/2013** | | | | | | | | | |
| 2493.001 | 08/19/2013 | 12 | A | 1 | 225.00 | 0.80 | 180.00 | Review stabilization loan documents (.3); draft letter and fee agreement to client outlining bankruptcy procedures. (.3); conference with N. Henderson regarding paystubs for self employed individual (.2). Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 08/19/2013** | | | | | Billable | 0.80 | 180.00 | | |
| **Transaction Date 08/20/2013** | | | | | | | | | |
| 2493.001 | 08/20/2013 | 9 | A | 1 | 100.00 | 1.50 | 150.00 | Input bankruptcy packet information. Dannemiller/David Bankruptcy | ARCH |
| 2493.001 | 08/20/2013 | 12 | A | 1 | 225.00 | 2.60 | 585.00 | Review petition and schedules(1.5); analyze federal exemption options and impact on BI (1.1). Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 08/20/2013** | | | | | Billable | 4.10 | 735.00 | | |
| **Transaction Date 08/21/2013** | | | | | | | | | |
| 2493.001 | 08/21/2013 | 12 | A | 1 | 225.00 | 0.60 | 135.00 | Telephone conference with D. Dannemiller regarding truck condition and value (.2); work on Plan (.4). Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 08/21/2013** | | | | | Billable | 0.60 | 135.00 | | |
| **Transaction Date 08/22/2013** | | | | | | | | | |
| 2493.001 | 08/22/2013 | 12 | A | 1 | 225.00 | 0.20 | 45.00 | Telephone conference with client regarding plan payments. Dannemiller/David Bankruptcy | ARCH |
| **Total for Transaction Date 08/22/2013** | | | | | Billable | 0.20 | 45.00 | | |
| **Transaction Date 08/30/2013** | | | | | | | | | |
| 2493.001 | 08/30/2013 | 12 | A | 1 | 225.00 | 0.60 | 135.00 | Telephone conference with D. Dannimiller regarding filing status; review proposed bankruptcy plan. Dannemiller/David Bankruptcy | ARCH |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 08/30/2013** | | | | | | | | | |
| Total for Transaction Date 08/30/2013 | | | | | Billable | 0.60 | 135.00 | | |
| **Transaction Date 09/02/2013** | | | | | | | | | |
| 2493.001 | 09/02/2013 | 12 | P | 1 | 225.00 | 0.40 | 90.00 | Edit petition and schedules.<br>Dannemiller/David<br>Bankruptcy | 11 |
| Total for Transaction Date 09/02/2013 | | | | | Billable | 0.40 | 90.00 | | |
| **Transaction Date 09/04/2013** | | | | | | | | | |
| 2493.001 | 09/04/2013 | 12 | P | 1 | 225.00 | 2.40 | 540.00 | Conference with Client regarding petition, credit counseling, and filing information (1.8); edit petition and prepare filing (.6)<br>Dannemiller/David<br>Bankruptcy | 12 |
| Total for Transaction Date 09/04/2013 | | | | | Billable | 2.40 | 540.00 | | |
| **Transaction Date 09/13/2013** | | | | | | | | | |
| 2493.001 | 09/13/2013 | 12 | P | 1 | 225.00 | 1.90 | 427.50 | Draft Plan (.7); edit petition and schedules (.3); file bankruptcy and all documents and prepare initial bankruptcy letter to client. (.9)<br>Dannemiller/David<br>Bankruptcy | 13 |
| Total for Transaction Date 09/13/2013 | | | | | Billable | 1.90 | 427.50 | | |
| **Transaction Date 09/16/2013** | | | | | | | | | |
| 2493.001 | 09/16/2013 | 12 | P | 1 | 225.00 | 0.30 | 67.50 | Follow up on filing with client instructional letter.<br>Dannemiller/David<br>Bankruptcy | 14 |
| Total for Transaction Date 09/16/2013 | | | | | Billable | 0.30 | 67.50 | | |
| **Transaction Date 09/30/2013** | | | | | | | | | |
| 2493.001 | 09/30/2013 | 12 | P | 1 | 225.00 | 0.20 | 45.00 | Telephone conference with D. Dannimiller regarding bankruptcy notices and ongoing payments.<br>Dannemiller/David<br>Bankruptcy | 15 |
| Total for Transaction Date 09/30/2013 | | | | | Billable | 0.20 | 45.00 | | |
| **Transaction Date 10/07/2013** | | | | | | | | | |
| 2493.001 | 10/07/2013 | 12 | P | 1 | 225.00 | 0.30 | 67.50 | Telephone conference with D. Dannemiller regarding tax returns and 341 meeting.<br>Dannemiller/David<br>Bankruptcy | 16 |
| Total for Transaction Date 10/07/2013 | | | | | Billable | 0.30 | 67.50 | | |
| **Transaction Date 10/09/2013** | | | | | | | | | |
| 2493.001 | 10/09/2013 | 12 | P | 1 | 225.00 | 0.30 | 67.50 | Redact tax returns and send to trustee.<br>Dannemiller/David<br>Bankruptcy | 17 |
| Total for Transaction Date 10/09/2013 | | | | | Billable | 0.30 | 67.50 | | |
| **Transaction Date 10/14/2013** | | | | | | | | | |
| 2493.001 | 10/14/2013 | 12 | P | 1 | 225.00 | 0.20 | 45.00 | Telephone conference with D. Dannemiller regarding confirmation issues.<br>Dannemiller/David<br>Bankruptcy | 18 |
| Total for Transaction Date 10/14/2013 | | | | | Billable | 0.20 | 45.00 | | |
| **Transaction Date 10/15/2013** | | | | | | | | | |
| 2493.001 | 10/15/2013 | 12 | P | 1 | 225.00 | 1.00 | 225.00 | Prepare for and attend 341 hearing; conference with D. Dannemiller regarding next issues.<br>Dannemiller/David<br>Bankruptcy | 19 |
| Total for Transaction Date 10/15/2013 | | | | | Billable | 1.00 | 225.00 | | |
| **Transaction Date 10/23/2013** | | | | | | | | | |
| 2493.001 | 10/23/2013 | 12 | P | 1 | 225.00 | 1.10 | 247.50 | Prepare lien stripping filings for 2 liens.<br>Dannemiller/David<br>Bankruptcy | 20 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 10/23/2013** | | | | | | | | | |
| Total for Transaction Date 10/23/2013 | | | | | Billable | 1.10 | 247.50 | | |
| **Transaction Date 11/05/2013** | | | | | | | | | |
| 2493.001 | 11/05/2013 | 12 | P | 1 | 225.00 | 0.50 | 112.50 | Prepare OCP and fee application. Dannemiller/David Bankruptcy | 21 |
| Total for Transaction Date 11/05/2013 | | | | | Billable | 0.50 | 112.50 | | |
| **Transaction Date 11/14/2013** | | | | | | | | | |
| 2493.001 | 11/14/2013 | 12 | P | 1 | 225.00 | 0.50 | 112.50 | Attend confirmation hearing. Dannemiller/David Bankruptcy | 22 |
| Total for Transaction Date 11/14/2013 | | | | | Billable | 0.50 | 112.50 | | |

**GRAND TOTALS**

| | Hours | Amount |
|---|---|---|
| Billable | 18.60 | 3,997.50 |
| Non-billable | 1.20 | 270.00 |
| Total | 19.80 | 4,267.50 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 08/31/2013** | | | | | | | | |
| 2493.001 | 08/31/2013 | 12 | A | 51 | 0.150 | 0.75 | Photocopies<br>Dannemiller/David<br>Bankruptcy | ARCH |
| 2493.001 | 08/31/2013 | 12 | A | 55 | | 1.12 | Postage<br>Dannemiller/David<br>Bankruptcy | ARCH |
| **Total for Transaction Date 08/31/2013** | | | | | Billable | 1.87 | | |
| **Transaction Date 09/13/2013** | | | | | | | | |
| 2493.001 | 09/13/2013 | 11 | P | 98 | | 49.00 | Hummingbird Credit Counseling & Education; Invoice No. HB1655U1309091220.<br>Dannemiller/David<br>Bankruptcy | 3 |
| 2493.001 | 09/13/2013 | 11 | P | 60 | | 281.00 | United States Bankruptcy Court; filing fee<br>Dannemiller/David<br>Bankruptcy | 6 |
| **Total for Transaction Date 09/13/2013** | | | | | Billable | 330.00 | | |
| **Transaction Date 09/30/2013** | | | | | | | | |
| 2493.001 | 09/30/2013 | 11 | P | 51 | 0.150 | 8.55 | Photocopies<br>Dannemiller/David<br>Bankruptcy | 4 |
| **Total for Transaction Date 09/30/2013** | | | | | Billable | 8.55 | | |

**GRAND TOTALS**

                 Billable     340.42

**Timekeepers:**
9   = Legal Assistant
11 = Nicolas J. Henderson, OSB #074027
12 = Troy G Sexton, OSB #115184

**Summary:**
| | |
|---|---|
| Fees: | $ 4267.50 |
| Costs: | 340.42 |
| **Subtotal Charges:** | $ 4,607.92 |
| Courtesy Discount (Fees) | (767.50) |
| Courtesy Discount (Costs) | (10.42) |
| **Total** | $ 3,830.00 |