UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. **13-35844-elp13**
)  Amended
**David R. Dannemiller** ) NOTICE OF MOTION TO
) VALUE PROPERTY PURSUANT
) TO 11 U.S.C. §506 AND AVOID
) WHOLLY UNSECURED LIEN IN
Debtor(s) ) A CHAPTER 13 CASE

A motion, COPY ATTACHED, was filed by the debtor to value property and avoid a wholly unsecured lien in a Chapter 13 case (as provided by 11 U.S.C. §506(d)) held as collateral by the secured creditor whose name and address for mailing (see Fed. Bankruptcy Rule 7004) are:
**Specialized Loan Servicing, LLC**
**c/o Capitol Corporate Services, Inc., its Registered Agent**
**36 SOUTH 18TH AVE, STE D,**
**BRIGHTON, CO 80601**

The name, address, and telephone number of the debtor's attorney (or debtor, if no attorney) are:
Troy G. Sexton
**Motschenbacher & Blattner LLP**
**117 SW Taylor, Suite 200, Portland, OR  97204     503-417-0517**

The debtor's address and Taxpayer ID#(s) (last 4 digits) are:
**1313 SE 150th Avenue, Portland, OR  97233**
**7947**

If you wish to resist the motion you must, within 28 days of the service date shown below, file both a written response, and a certificate showing a copy of the response has been served on the person named above, with the Clerk of the Bankruptcy Court.

Contents of Response - A response must state the facts upon which the motion is resisted.

If you file a timely response, and the Court requires a hearing, all parties will be given notice of the hearing date, time, and location.

Failure to Respond - If no timely response is filed, the court may sign an ex parte order, submitted by the debtor, granting the motion.

Filing Address - If the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave #700, Portland OR 97204; or if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401. ECF participants must file electronically.

Clerk, U.S. Bankruptcy Court

I certify that, pursuant to FRBP 7004, on __06/03/14__, copies of both the above Notice and the Motion were served on the trustee and creditor at the address listed above.

/s/ Troy G. Sexton, OSB #115184
Signature                              (OSB # if attorney)

1317 (12/1/10)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. **13-35844-elp13**
) Amended
**David R. Dannemiller** ) MOTION TO VALUE
) PROPERTY PURSUANT TO
) 11 U.S.C. §506 AND AVOID
) WHOLLY UNSECURED LIEN
Debtor(s) ) IN A CHAPTER 13 CASE

Debtor moves to avoid a lien on real property referenced below, and alleges as follows:

1. Name and address of lienholder whose lien is to be avoided:
**Specialized Loan Servicing, LLC, c/o Capitol Corporate Services, Inc., its Registered Agent**
**36 SOUTH 18TH AVE, STE D, BRIGHTON, CO 80601**

2. Address and legal description (attach exhibit if necessary) of real property to which lien attaches:
**Debtor's Residence 1313 SE 150th Ave, Portland Oregon 97233**
**Lot 1, Block 1, Albert Addition, City of Portland, County of Multnomah and State of Oregon**

3. Recording information regarding lien to be avoided:

    (A) Recorded in **Multnomah** County, State of **Oregon**;
    (B) Date recorded **March 20, 2007**; and
    (C) Reference No./Book No./Reel No./Other Identifying Reference **2007- 048801**

4. Date petition filed: **09/13/13**

5. Value of property as of petition date: $ **145,000**

6. Name(s) of senior lienholder(s):
**Bank of America**

7. Present balance owing to senior lienholder(s) on petition date excluding any precomputed interest or other unearned charges: $**184,000**

8. No equity in debtor's property exists to which the lien referenced above can attach.

9. In light of the foregoing, and pursuant to 11 U.S.C. §§506(d) and 1322, debtor is entitled to avoid the lien referenced above so that it no longer remains a lien against debtor's real property.

/s/ Troy G. Sexton, OSB #115184

Debtor's or Debtor's Attorney's Signature    OSB #
117 SW Taylor Street, Suite 200, Portland, OR 97204

Address
503-417-0517

Telephone Number

1317.3 (12/1/12)